**Dismiss and Opinion Filed March 6, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00196-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**NATHAN WHEELER, Appellee**

**On Appeal from the County Criminal Court No. 9
Dallas County, Texas
Trial Court Cause No. MB11-37016**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

The State has filed a motion to dismiss its appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130196F.U05